1

2

3

4

5

6

7

8             **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11   HENRY JOE AVALOS,              )    NO. CV 11-08552 DSF (SS)
                                    )
12                 Petitioner,      )
                                    )
13          v.                      )        **JUDGMENT**
                                    )
14   UNKNOWN,                       )
                                    )
15                 Respondent.      )
     ───────────────────────────────)
16

17        Pursuant to the Court's Order Denying Application for Enlargement

18   of Time and Dismissing Action Without Prejudice, filed concurrently

19   herewith,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is dismissed

22   without prejudice.

23

24        DATED: 10/20/11

25

26                                    _____
                                      DALE S. FISCHER
27                                    UNITED STATES DISTRICT JUDGE

28