**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| HENRY JOE AVALOS, | ) | NO. CV 11-08552 DSF (SS) |
| | ) | |
|             Petitioner, | ) | |
| | ) | |
|       v. | ) | **JUDGMENT** |
| | ) | |
| UNKNOWN, | ) | |
| | ) | |
|            Respondent. | ) | |

Pursuant to the Court's Order Denying Application for Enlargement of Time and Dismissing Action Without Prejudice, filed concurrently herewith,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 10/20/11

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE